# USPS.COM

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70141200000189270031

Expected Delivery Day: Monday, September 29, 2014

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™    Return Receipt

## Available Actions

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 29, 2014, 9:57 am | Delivered | SOUTH PASADENA, CA 91030 |

Your item was delivered at 9:57 am on September 29, 2014 in SOUTH PASADENA, CA 91030.

| | | |
|---|---|---|
| September 27, 2014, 12:04 am | Departed USPS Facility | SANTA CLARITA, CA 91383 |
| September 26, 2014, 7:55 pm | Arrived at USPS Facility | SANTA CLARITA, CA 91383 |
| September 26, 2014, 12:59 am | Departed USPS Facility | SAN JOSE, CA 95101 |
| September 25, 2014, 6:33 pm | Arrived at USPS Origin Facility | SAN JOSE, CA 95101 |
| September 25, 2014, 6:01 pm | Departed Post Office | SAN JOSE, CA 95113 |
| September 25, 2014, 4:13 pm | Acceptance | SAN JOSE, CA 95113 |

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harris & Zide
1445 Huntington Dr
Suite 300
So Pasadena, Ca 91030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  The Law Office of Harris    ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   South P...                     SEP 29 2014

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail®       ☐ Priority Mail Express™
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7014 1200 0001 8927 0031

**EXHIBIT 3**