LAW OFFICE OF
# HARRIS AND ZIDE
1445 HUNTINGTON DRIVE, SUITE 300
SOUTH PASADENA, CA 91030
TEL: 626-799-8444
TEL: 800-381-0003
FAX: 626-799-8419

Flint C. Zide
*Robert T Harris
(1929-2003)

October 10, 2014

KATHERINE R DELACRUZ
16735 RITA DR
MORGAN HILL CA 95037-5282

Creditor: DISCOVER BANK
RE: DISCOVER BANK   VS.   KATHERINE R DELACRUZ

Account # ************0389

Balance Due: $8,296.15

Dear KATHERINE R DELACRUZ,

Our office is in the process of preparing a lawsuit against you for the above matter. California Code of Civil Procedure Section 1033(b) (2) requires us to advise you that in the event of legal action, such legal action could result in a judgment against you that would include the costs and necessary disbursements allowed by law.

We are debt collectors. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please call our office directly at (626) 799-8444 or toll free at (800) 381-0003.

Sincerely,

FLINT C. ZIDE
Attorney(s) at Law
TRK39502

**EXHIBIT 4**

**Law Offices of Harris & Zide**
1445 Huntington Drive, Suite 300
South Pasadena, CA 91030

KATHERINE R DELACRUZ
16735 RITA DR
MORGAN HILL CA 95037-5282

SANTA CLARITA CA 913
14 OCT 2014 PM 7 L

