PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| FLINT C. ZIDE<br>LAW OFFICE OF HARRIS & ZIDE<br>1445 HUNTINGTON DR., SUITE 300/STATE BAR NO. 160369<br>1445 HUNTINGTON DRIVE, SUITE 300<br>SOUTH PASADENA, CA 91030<br>TELEPHONE NO: 626-799-8444   FAX NO. *(Optional):* 626-799-8419<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | ENDORSED<br>2014 DEC 26  P 1: 51<br>S. ACKARD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CLARA
STREET ADDRESS: 191 NORTH 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE CA 95113
BRANCH NAME: SAN JOSE COURTHOUSE

PLAINTIFF: DISCOVER BANK

DEFENDANT: KATHERINE R DELACRUZ

[X] DOES 1 TO  5, INCLUSIVE

| CONTRACT | |
|---|---|
| [X] COMPLAINT | [ ] AMENDED COMPLAINT *(Number):* |
| [ ] CROSS-COMPLAINT | [ ] AMENDED CROSS-COMPLAINT *(Number):* |

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [X] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [X]  does not exceed $10,000<br>[ ]  exceeds $10,000, but does not exceed $25,000<br>[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | 114CV274962 |

1. **Plaintiff*** *(name or names):* DISCOVER BANK

   alleges causes of action against **defendant*** *(name or names):* KATHERINE R DELACRUZ

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. a. Each plaintiff named above is a competent adult
      [X] **except** plaintiff *(name):* DISCOVER BANK

      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [X] other *(specify):* NATIONAL ASSOCIATION

   b. [ ] Plaintiff *(name):*
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. [ ] has complied with all licensing requirements as a licensed *(specify):*

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [ ] **except** defendant *(name):*        [ ] **except** defendant *(name):*

      (1) [ ] a business organization, form unknown    (1) [ ] a business organization, form unknown
      (2) [ ] a corporation                    (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*    (3) [ ] an unincorporated entity *(describe):*

      (4) [ ] a public entity *(describe):*          (4) [ ] a public entity *(describe):*

      (5) [ ] other *(specify):*               (5) [ ] other *(specify):*

**EXHIBIT 6** (tabbies)

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Page 1 of 2

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: DISCOVER BANK  VS.  KATHERINE R DELACRUZ | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b.  The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
           defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
           plaintiff.
   c.  ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d.  ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a.  ☐ has complied with applicable claims statutes, *or*
   b.  ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to  ☐ Civil Code section 1812.10  ☐ Civil Code section 2984.4.
7.  This court is the proper court because
   a.  ☐ a defendant entered into the contract here.
   b.  ☐ a defendant lived here when the contract was entered into.
   c.  ☒ a defendant lives here now.
   d.  ☐ the contract was to be performed here.
   e.  ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f.  ☐ real property that is the subject of this action is located here.
   g.  ☒ other *(specify):* CCP 395 (B)

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or
   more causes of action attached):*
   ☒ Breach of Contract
   ☒ Common Counts
   ☐ Other *(specify):*

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a.  ☒ damages of: $ $8,071.15
   b. ☐ interest on the damages
      (1) ☐ according to proof
      (2) ☐ at the rate of *(specify):* ___ percent per year from *(date):*
   c. ☐ attorney's fees
      (1) ☐ of: $
      (2) ☐ according to proof.
   d.  ☒ other *(specify):*
      SUCH OTHER RELIEF AS THE COURT DEEMS PROPER.

11. ☒ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*
   1, 4, 7

Date: October 9, 2014

FLINT C. ZIDE
_____    ▶
    (TYPE OR PRINT NAME)               (SIGNATURE OF PLAINTIFF OR ATTORNEY)
    *(If you wish to verify this pleading, affix a verification.)*

PLD-C-001(2)

| SHORT TITLE: DISCOVER BANK   VS.  KATHERINE R DELACRUZ | CASE NUMBER: |
|---|---|

FIRST
_____     CAUSE OF ACTION—Common Counts
   *(number)*

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* DISCOVER BANK

      alleges that defendant *(name):* KATHERINE R DELACRUZ

      became indebted to   [X] plaintiff   [ ] other *(name):*

   a.  [X]  within the last four years
       (1)  [X]  on an open book account for money due.
       (2)  [X]  because an account was stated in writing by and between plaintiff and defendant in which it
           was agreed that defendant was indebted to plaintiff.

   b.  [X]  within the last  [ ] two years  [X] four years
       (1)  [X]  for money had and received by defendant for the use and benefit of plaintiff.
       (2)  [ ]  for work, labor, services and materials rendered at the special instance and request of defendant
           and for which defendant promised to pay plaintiff.
            [ ]  the sum of $
            [ ]  the reasonable value.
       (3)  [ ]  for goods, wares, and merchandise sold and delivered to defendant and for which defendant
           promised to pay plaintiff
            [ ]  the sum of $
            [ ]  the reasonable value.
       (4)  [X]  for money lent by plaintiff to defendant at defendant's request.
       (5)  [X]  for money paid, laid out, and expended to or for defendant at defendant's special instance and
           request.
       (6)  [ ]  other *(specify):*

CC-2. $ _____     , which is the reasonable value, is due and unpaid despite plaintiff's demand,

      plus prejudgment interest   [ ] according to proof   [ ] at the rate of _____ percent per year

      from *(date):*

CC-3. [ ]  Plaintiff is entitled to attorney fees by an agreement or a statute
        [ ]  of $
        [ ]  according to proof.

CC-4. [X]  Other: $8,071.15, WHICH IS THE FIXED AND AGREED AMOUNT, IS DUE AND UNPAID
      DESPITE PLAINTIFF'S DEMAND.

Page _____3_____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]

CAUSE OF ACTION—Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-001(1)

| SHORT TITLE: DISCOVER BANK   VS. KATHERINE R DELACRUZ | CASE NUMBER: |
|---|---|

SECOND
_____
(number)

**CAUSE OF ACTION—Breach of Contract**

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1.  Plaintiff *(name):* DISCOVER BANK

alleges that on or about *(date):* OCTOBER 8, 2000
a [X] written  [ ] oral  [ ] other *(specify):*
agreement was made between *(name parties to agreement):* DISCOVER BANK  & KATHERINE R DELACRUZ

[ ] A copy of the agreement is attached as Exhibit A, or
[X] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [X] are as follows *(specify):*
PLAINTIFF, OR PLAINTIFF'S PREDECESSOR IN INTEREST, EXTENDED INTO A WRITTEN
AGREEMENT WITH DEFENDANT(S) FOR THE ACCOUNT ENDING IN 0389, WHEREBY CREDIT
WOULD BE EXTENDED BY PLAINTIFF TO DEFENDANT(S), SERVICES RENDERED, GOODS
AND SERVICES WOULD BE PROVIDED, AND/OR MONEY WOULD BE EXTENDED AT
DEFENDANT'S REQUEST. IN CONSIDERATION, DEFENDANT(S) PROMISED TO REPAY
PLAINTIFF THE SUMS ADVANCED.

BC-2.  On or about *(dates):* NOVEMBER 30, 2012
defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [X] the following acts
*(specify):* DEFENDANT(S) FAILED TO REPAY THE SUMS DUE UNDER THE AGREEMENT

BC-3.  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
excused from performing.

BC-4.  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [X] as follows *(specify):* $8,071.15.

BC-5.  [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[ ] according to proof.

BC-6.  [ ] Other:

Page  ____4____
Page 1 of 1