Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
KATHERINE ROSE DE LA CRUZ

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KATHERINE ROSE DE LA CRUZ,<br><br>           Plaintiff,<br>    v.<br><br>LAW OFFICE OF HARRIS & ZIDE, a general partnership, and FLINT COREY ZIDE, individually and in his official capacity,<br><br>           Defendant. | Case No. 5:15-CV-00707-LHK-PSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, KATHERINE ROSE DE LA CRUZ, and Defendants, LAW OFFICE OF HARRIS & ZIDE and FLINT COREY ZIDE, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, KATHERINE ROSE DE LA CRUZ, against Defendants, LAW OFFICE OF HARRIS & ZIDE and FLINT COREY ZIDE, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

- 2 -

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated: May 13, 2015 | By: /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>KATHERINE ROSE DE LA CRUZ |
|   | LAW OFFICE OF HARRIS & ZIDE |
| Dated: May 13, 2015 | By: /s/ Flint C. Zide<br>Flint C. Zide, Esq.<br>Attorney for Defendants<br>LAW OFFICE OF HARRIS & ZIDE<br>and FLINT COREY ZIDE |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____        _____
                                The Honorable Lucy H. Koh
                                United States District Court